IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WAITER.COM, INC.,

    Plaintiff,

v.                                          CASE NO.   4:12-cv-319-MW/CAS

GOWAITER, INC.,

    Defendant.

_____

WAITER.COM, INC.,

    Plaintiff,

v.                                          CASE NO. 4:13-cv-571-MW/CAS

GOWAITER BUSINESS
HOLDINGS, LLC,

    Defendant.

_____

**ORDER GRANTING JOINT MOTION TO
CONSOLIDATE ACTIONS AND ADOPTING
<u>JOINT REPORT OF THE PARTIES</u>**

This Court has considered, without hearing, the Joint Motion to Consolidate Actions and Joint Report of the Parties, ECF No. 24, filed November 20, 2013. The motion is **GRANTED** and the joint Rule 26(f) report **accepted.** The

consolidated cases shall proceed under **Case No. 4:12-cv-319-MW/CAS.** This Court shall enter a separate Scheduling and Mediation Order.

**SO ORDERED on November 22, 2013.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**